```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30034
   ANWAR H HASAN
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-5085
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/01/05 and confirmed on 10/28/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 19763.76 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 8000.00 | 852.29 | 8000.00 |
| GREAT AMERICAN FINANCE | SECURED | 1500.00 | 159.83 | 1500.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3620.31 | .00 | 3620.31 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST SELECT | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY ORTHOPEDIC AS | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 1053.41 | .00 | 105.34 |
| T MOBILE | UNSECURED | 1000.42 | .00 | 100.04 |
| ILLINOIS DEPT REVENUE | PRIORITY | 269.92 | .00 | 269.92 |
| INTERNAL REVENUE SERVICE | UNSECURED | 473.16 | .00 | 47.32 |
| DOLORES JEAN SCHMIDT | NOTICE ONLY | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| AMERICREDIT FINANCIAL | UNSECURED | 1095.00 | .00 | 109.50 |
| GREAT AMERICAN FINANCE | UNSECURED | 399.64 | .00 | 39.96 |
| CREDIGY RECEIVEABLES | UNSECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 97.20 | .00 | 9.72 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9500.00 | 4084.23 | 4118.83 | .00 | 17703.06 |
| PRINCIPAL PAID | 9500.00 | 4084.23 | 411.88 | .00 | 13996.11 |
| INTEREST PAID | 1012.12 | .00 | .00 | .00 | 1012.12 |
| TOTAL PAID | 10512.12 | 4084.23 | 411.88 | .00 | 15008.23 |

The Debtor's attorney, ZALUTSKY & PINSKI, was allowed $ 2700.00 and was paid $   2700.00 .

The Trustee received $    805.08 .

Refunds to the Debtor totaled $   1250.45 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/30/09

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 30034 ANWAR H HASAN